B. W. TUCKER v. STATE.

No. A-638.   Opinion Filed May 23, 1911.

Appeal from Oklahoma County Court; Sam Hooker, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Appellant was convicted for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of $500, and six months imprisonment in the county jail.   Judgment was rendered against appellant on the 17th day of September, 1909, but the transcript of the record was not filed in this court until the 4th day of March, 1910, which was long after the expiration of the time allowed by law for the perfecting of the appeal.   This court, therefore, did not acquire jurisdiction of this cause, and the appeal is dismissed.

---

GEO. CLASSEN v. STATE.

No. A-631.   Opinion Filed May 23, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Appellant was convicted for violating the prohibitory liquor law, and his punishment was assessed at a fine of $50, and 30 days confinement in the county jail.   No appearance has been made in this court in behalf of appellant, and the appeal has therefore been abandoned.   We find no error in the record, and the judgment of the lower court is in all things affirmed.

---

GEO. CLASSEN v. STATE.

No. A-632.   Opinion Filed May 23, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Appellant was convicted for violating the prohibitory liquor law, and his punishment was assessed at a fine of $50, and 30 days confinement in the county jail.   No appearance has been made in this court in behalf of appellant and the appeal has therefore been abandoned.   We find no error in the record, and the judgment of the lower court is in all things affirmed.